## UNITED STATES *v.* COSMOS SHIPPING CO.

**No. 7301.**—Invoice dated Port-au-Prince, Haiti, February 1946.
  Certified February 27, 1946.
  Entered at New York, N. Y., April 12, 1946.
  Entry No. 752242.

(Decided June 19, 1947)

*Paul P. Rao*, Assistant Attorney General, for the plaintiff.
*James W. Bevans* for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed, subject to the approval of the court, that at the time of exportation of the merchandise involved herein, such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, as follows:
  $1.95 U. S. currency per pair, plus cases and wrapping.

It is further stipulated and agreed that there was no higher foreign value for such or similar merchandise at the time of exportation thereof.

It is further stipulated and agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was $1.95 United States currency per pair, plus cases and wrapping.

Judgment will be rendered accordingly.